## ASA B. HOGINS *versus* JOSEPH ARNOLD.

AFTER a verdict for the plaintiff in this action, which was *June 28th.* debt upon a bond, judgment was arrested, and it was *held*, that the defendant was entitled to costs, by virtue of *St.* 1784, c. 28, § 9. And see Revised Stat. *c.* 121, § 1.

*S. D. Parker*, for the plaintiff, cited *Brown* v. *Austin*, 1 Mass. R. 208.

*Leland*, for the defendant, cited *Hart* v. *Fitzgerald*, 2 Mass R. 512; *Smith* v. *Floyd*, 2 Pick. 275.